IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILEMEDIA IDEAS LLC,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:13-CV-382 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **HTC CORPORATION and** | § | |
| **HTC AMERICA, INC.,** | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff MobileMedia Ideas LLC ("MMI") and Defendants HTC Corporation and HTC America, Inc. (collectively "HTC") on the other hand (collectively, the "Parties"), hereby stipulate and agree to dismiss, and move the Court to issue an Order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing with prejudice, all of MMI's claims against HTC in the above-captioned action, with the Parties to bear their own costs and fees, including attorneys' fees.

| | |
|---|---|
| Date: January 7, 2014 | Respectfully submitted,<br><br>**McKOOL SMITH, P.C.**<br><br>*/s/ Sam Baxter*<br>Samuel F. Baxter<br>Lead Attorney<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>104 E. Houston St., Suite 300<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>John F. Garvish, II<br>Texas State Bar No. 24043681<br>jgarvish@mckoolsmith.com<br>300 W. 6th St. Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>Paul A. Bondor<br>Jonas R. McDavit<br>Laurie Stempler<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 351-3400<br>Facsimile: (212) 351-3401<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**MOBILEMEDIA IDEAS LLC** |

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record are being served with a copy of this document via electronic mail on this the 7th day of January, 2014.

                                          /s/ *Jennifer Truelove*
                                          Jennifer Truelove